IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>EULYS SMITH,<br><br>    Defendant. | Case No. 3:16-po-00118-DMC-1<br><br>Citation No. FAOK002I<br><br><br>ORDER |

For good cause shown and on the government's request, this action is dismissed. All pending hearing dates are vacated.

IT IS DO ORDERED.

Dated:  March 15, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1